**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2054

JODIE LOVE,

Plaintiff - Appellant,

v.

VIRGINIA PORT AUTHORITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:16-cv-00160-AWA-RJK)

Submitted:  February 26, 2019                     Decided:  February 28, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jodie Love, Appellant Pro Se.  Jimmy F. Robinson, Jr., James Clay Rollins, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jodie Love appeals the district court's order granting summary judgment to the Virginia Port Authority on Love's interference and retaliation claims under the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Love v. Va. Port Auth.*, No. 2:16-cv-00160-AWA-RLJ (E.D. Va., Aug. 10, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*